IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COLTON L. WEST**                                                                                  **PLAINTIFF**

**v.**                      **Case No: 2:24-cv-00167-JM-PSH**

**TYRIAN McCRADIC,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C, § 1915(a)(3), that an in forma pauperis appeal from this Judgment or the underlying Order would not be taken in good faith.

DATED this 28th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE